**Motion DENIED.**

This the 20th day of January, 2019.

/s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00412-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLENN SHAW | UNOPPOSED MOTION TO REOPEN THE DETENTION HEARING |

The Defendant, Glenn Shaw, by and through counsel, hereby moves the Court to reopen the detention hearing in this matter. In support of this Motion, Mr. Shaw states the following:

1. Glenn Shaw was named in a four-count Indictment filed on October 18, 2018, charging him in Count One with possession with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841 (a)(1); Counts Two and Four, possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922 (g)(1) and 924 ; Count Three, possession of a sawed-off shotgun, not registered in the National Registration and Transfer, in violation of 26 U.S.C. §§ 5841, 5861 (d) and 5871.

2. Following a detention hearing on October 9, 2018, Magistrate Judge James E. Gates granted the government's motion for detention. [DE -14] Mr. Shaw remains in the custody of the United States Marshals at the Piedmont Regional Jail.

3. Mr. Shaw was suffering from a hernia and was scheduled for surgery at the Veterans Administration hospital when he was arrested and detained October 2018.

4. Mr. Shaw requested hernia surgery in October at Piedmont Regional Jail due to the pain which resulted from the hernia. He was not scheduled for surgery.